**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DARRELL TUGGLE**                                                      **PETITIONER**

**V.**                                                    **CIVIL ACTION NO. 3:26-CV-00039-RPC-JMV**

**BURL CAIN, et al.**                                                      **RESPONDENTS**

**ORDER**

Petitioner Darrell Tuggle, proceeding *pro se*, filed the instant action seeking federal habeas corpus relief under 28 U.S.C. § 2241.  Doc. # 1.  In initiating this action, however, Tuggle failed to either pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP").  Accordingly, Petitioner is **DIRECTED** to either pay the filing fee for this action or submit a complete IFP application, including a certified copy of Petitioner's inmate trust fund account statement for the 6-month period preceding the filing of the petition, *see* 28 U.S.C. § 1915(a)(2), within twenty-one (21) days from the date of this Order.  Petitioner's failure to do so will result in the dismissal of this action without prejudice.  The Clerk of Court is directed to send Petitioner a copy of the Court's standard IFP form for Petitioner's completion.

**SO ORDERED**, this the 27th day of February, 2026.


_____
/s/ Jane Virden
UNITED STATES MAGISTRATE JUDGE